UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:16-MJ-1040-RN

| | |
|---|---|
| Cellular telephone described as )<br>HTC Model 42100, no. HT197M800440, )<br>collected from master bedroom, )<br>1045 Stack Powell Road, Roanoke )<br>Rapids, North Carolina )<br>) | **ORDER TO UNSEAL** |

Upon motion of the United States, it is hereby ORDERED that the above-captioned matter be unsealed.

Dated: June 24, 2016

*Robert T. Numbers II*
Robert T. Numbers, II
United States Magistrate Judge